**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-3431 |
| Plaintiff - Appellee, | D.C. No. 2:21-cr-00024-TOR-1 |
| v. | |
| KEVIN PATRICK MCLEAN, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted November 20, 2024**

Before:    CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Kevin Patrick McLean appeals from the district court's judgment and

challenges his guilty-plea conviction and 60-month sentence for possession of

child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), McLean's counsel has filed a brief

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. McLean has filed a letter, which we treat as a pro se supplemental brief. No answering brief has been filed.

McLean waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

We decline to address on direct appeal McLean's pro se claims of ineffective assistance of counsel. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011) (ineffective assistance of counsel claims are generally not considered on direct appeal). McLean's request for appointment of new counsel is denied.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**